Brinxoma (A)

| For Clerk's Office Use | | |
|---|---|---|
| Judge | Recd Date | Grv. |
| | | |

For use by inmates in filing a complaint under CIVIL RIGHTS ACT, 42 USC § 1983

INMATE NAME: Philip Darius Crayton

PRISONER NO.: 1146494

PLACE OF CONFINEMENT: Red Onion State Prison C-402

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Philip Darius Crayton
Enter Full Name
Plaintiff

vs.

MCV DR Surgeon Urologist, S.X-I.S.P DR MR. Wipe, S.X.I.S.P Medical Administrator MS. Jameca Head. S.X.I.S.P Watch commander Lt. Charity, Lt. Lord. R.O.S.P DR. Smith Happy, Medical Head MS. Vickie Phipps, James Parks, Fred Schilling
Enter Full Name(s)
Defendant(s)

CIVIL ACTION NO. ____________

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

______ Yes ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: ____________

2. Court: ____________

3. Docket No.: ____________

4. Judge: ____________

5. Disposition: ____________

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓ No ______

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures. I filed INF complaint on 3-10-15 to be mailed to S.X.I.S.P prison from R.O.S.P prison But S.X.I.S.P GRV.-INF Cordinator Failed to send me a receipt or a response back so I went to a litigator jail house lawyer and I he helped me file GRV. And INF to Office Health Service recieved 5-18-15. Stamped to exhaust my Institutional Remedies Richmond CENTRAL unit sent my INF-GRV.2 to Health Service department.

If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

RECEIVED
AUG 27 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

D. Statement of Claim - State here briefly the facts of your case. Describe how each defendant is involved. Include also the names of other persons involve, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and et forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary. #1) On JAN. 19, 2015 or JAN. 20, 2015 I had Surgery on My Penis with Urology DR. MR At MCV → Hospital And I Were Due to recieve A follow up Appointment with MCV urologist with in A two Month time frame. No later. I were on JAN. 23, 2015 I were transfered Away from SX.I.S.P At 3:30 AM. I Left Medical-1 to recieve this urology follow up Befor I were transfered Away from Sussex-1 Prison Medical But MCV Hospital Urology DR. MR failed to scedual me A Appointment for my urology follow up, Along with SX.I.S.P Medical Administration failing to do So Also. Then without being cleared of Medical examination by MCV Urology DR. MR? or DR. Ulipe At SX.I.S.P SX.I.S.P Security transported Me out of SX.I.S.P Medical cell-1 on emergency Approval by Head of transportation MR. James parks or MR. Fred Chilli I were transfered out At 3:30 A.M. Sx.I.S.P Medical Administration failed to Send my pain Medications with me of Vikitans pills or Oxy'd. transfered back to R.O.S.P. DR. Smith At R.O.S.P Didnot eve n examin me or even visit me to see was I okay Arriving back. So I Suffered from Massive Amount of Pains in My PENIS, Scrotom's And for Months every day in pain without pain Medication I were urinating Blood. Puss comen out of my PENIS Blood in my Bowell movement. my medical Follow up Appointment Due process were clearly Violated, Neglected, Denigh ed, Because MCV. Urologist DR.-MR. And MCV D.O.C Medical And Hospital Knew I were Suppossed to recieved A urolog y follow up in two months After my urology surgury But they All- SX.I.S.P And Medical Admin. And MR. James Parks Head of Health Services Director All Knew Aware of My transfer away from SX.I.S.P Medical unit without recieving my follow up. But They All Didnot care they All Choose to transfer me out Any Way Along with Watch commander Security/Lt. charit y And Lt. Lord And Sgt. Goodwich. All Still transported me back to R.O.S.P Anyway to put my Health in harm of Jeopordy. Also R.O.S.P Administrator Vikki Phipps Are in on the neglect Medical Denying me my urology follow up in two Months no later After my surgury, I Suffered Then And now from NO Errection, NO Ejaculation, Damaged Nerves in my PENIS And Scrotom's. And in my Anus. James Parks Head of transportation And MR. Fredd Chilli Are responcible for ordering transfer to Move Me And Health Service cleared Me.

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes. Medical Deliberate And indifference, And cruel And Unusual Punishment, Punitive Damages, Compensatory Damages, injunction Relief. I AM Asking 4-million - four million for punitive Damages, 4,000,000 for Compensatory Damages, Declarato injunction Relief of The court To Send me to A S/W Region Hospital for treatment. Therapy. Removal of my Infected foreign Body. A order of Fed. Rule 35 for Mental Evaluation At "Central State Mental Institution Any other help in that are out of the D.O.C. Any NON Bias M/Institu.

SIGNED THIS August DAY OF 17th, 2015th.

Phillip D. Clayton #1464
(Signature of Each Plaintiff)

VERIFICATION:

I, ______________________________, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC § 1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: ____________ SIGNED: ______________________________



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: December 1, 2010
**Operating Procedure 866.1 Attachment 2**

# REGULAR GRIEVANCE

**Log Number:** ____________

| Clayton | Philip O. | 1148494 | C | 305 |
|---|---|---|---|---|
| **Last Name** | **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT? (Provide information from the informal process: Attach Informal Complaint or other documentation of informal process.)** I Submitted my INF. for This issue GRV. into C.O.S.P Mail bag in C-305 on 3-10-2015 from C-305 mail pickup time to be mailed to SX.I.S.P INF GRV. Coord. But I did not recieve A receipt or a response back from SX.I.S.P GRV. Coord. so It's Clear S.I.S.P GRV. Coord failed to Process my INF. So now I go forward to E/R Obudsmen office for exaustion of my Remedies. On Jan 19, or 20, 2015 I had surgery on my PENIS with urology DR. M.D. At MCV Hospital and I were to recieve A urology Appointment follow up At MCV with urology Dr. in A timely manner of No more than two months before I were to be cleared to be shipped transferred back to R.O.S.P from SX.I.S.P medical unit. But on Jan. 23, 2015 At 3:30 A.M. my medical Due Process rights were violated, neglected, treated very Poorly Because At this time-Date I were transferred from SX.I.S.P to R.O.S.P without my medication for pain even being sent with me. please see INF Attachment. I Cannot recieve erections, I'm urinating blood still, I have pinching nerve spasms in my PENIS and Straining

**What action do you want taken?** ??? !!!

**Grievant's Signature:** Phillip Clayton **Date:** 5-5-2015

**Warden/Superintendent's Office:** ____________

**Date Received:** ____________

RECEIVED
MAY 18 2015
OFFICE OF HEALTH SERVICES

RECEIVED
MAY 08 2015

Revision Date: 5/29/07



VIRGINIA DEPARTMENT OF CORRECTIONS
**Regular Grievance**

Effective Date: December 1, 2010
**Operating Procedure 866.1 Attachment 2**

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☑ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: ______ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: C. A. Stanley Date: 5/8/15

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: ______ Date: ______

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: ______ Date: ______

Staff Witness: ______ Date: ______

O.P-866.1 HANDWritten Attachment 1.

INFORMAL COMPLAINT

Phillip D. Clayton 1146494 C-305 R.O.S.P

: E/A OBUDSMEN OFFICE D.O.C VA.

I Submitted this same ISSUE INF into Mail Bag in C-305 on 3-10-2015 At Mail Pick up time At R.O.S.P to be mailed to S.I.S.P INF GRV. CORD. to be Processed But S.I.S.P GRV. Cord. Failed to mailed me A receipt or A response Back in A timely Manner. So It's clear that S.I.S.P GRV. Cord. failed to Process my INF. So now I Am going Forward to E/A OBUDSMEN OFFICE for Processing And to stamping INF And recieved And Mail Back to me in A timely Manner. On JAN. 19, or 20, 2015 I had A urology Surgury Done At MCV Hospital on my PENIS And I were to recieve A urology Appointment follow up At MCV Hospital in A timely Manner of No more than two-months And I were Not be cleared to be Shipped Back to Reddonion State Prison until I At least had my urology follow up Appointment. But now time have expired-over expired I were transfered away S.I.S.P medical on Jan. 23 2015 to R.O.S.P. Now It's been over two months without me recieving my urology follow up Appointment. It is clear to me that my Medical Due Process were violated, Neglected and poorly treated for. By MCV urology Dr. M.D. And S.I.S.P Dr. Ullit, And R.O.S.P Dr. Smith-Mullins And S.I.S.P And R.O.S.P Medical Administrations are All responsible for this Issue. I have been urinating blood the whole while, experiencing Sharp Pinching nerves in my PENIS And Scrotum. I can't recieve An Erection or Ejaculating.

[signature] 5-1-2015

Date Recieved: Tracking #:

Response Due: Assigned To:

Action Taken Response:

Responedenic Signature Printed Titled Date

Withdrawal of Informal complaint:

Offender Signature: Date:

Staff Witness Signature: Date:

RECEIVED

MAY 18 2015

OFFICE OF HEALTH SERVICES

# Offender Request

DIRECTIONS

1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| | | | | |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☐ Medical ☐ Mental Health ☐ Assistant Warden ☐ Personal Property ☐ Education ☐ Warden ☐ Law Library ☐ Enterprise Shop ☐ Other ☐ Security ☐ Accounting

CHECK PURPOSE ☐ Appointment Request ☐ Question/Statement

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ______ Date: ______

Offender seen ☐ Yes ☐ No

Official Responding ______ Date of Response ______

# CERTIFICATE OF SERVICE

I, Philip D. Crayton, hereby certify that on 8-13-15, I
[name] [date]

served copies of 1983 GRV'S.
[name of document]

on the following parties by way of Clerk of the U.S. District court of E/R Envelope sealed money withdraw Legal Loan postage outgoing mail.
[U.S. mail, UPS, overnight mail, email, fax, courier, etc.]

[List name and address of each attorney\party served]

CLERK. U.S. DISTRICT EASTERN DIST. COURT
701 E. Broad St. Suite 3000
RICHMOND, VA. 23219

8-13-2015
Date

Philip Crayton
Signature

NOTARY PUBLIC

8/13/15
DATE

MY COMMISSION EXPIRES: June 30, 2016

(Rev 10/03)

AMEE DUNGAN
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7519209
My Commission Expires June 30, 2016

Doc-2015-00023035

Oct. 16-2014

Philip D. Crayton 1146494
S.S.I 24414 Mussel White Dr.
Waverly, VA. 23891

Mr. Harold Clarke
Director VA. D.O.C
Box 26963
Richmond, VA 23261

RECEIVED
AUG 28 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Dear Mr. Clarke Sir! I am having a lot of trouble here at S.S.I with security tampering, messing in my food given me dirty contaminated tray meals. Staff trying to provoke fights with me. I am not in the right facility setting. I am a non-violent M/H offender right now. I would like to be at Powhatan Medical M/H unit or Lawrenceville M/H unit or their seg. unit attending my hospital doctor urology appointments properly on time schedual. this S.S.I seg bldg. is not enough freedom and med. care to treat me for my M/H and serious injury to my penis I recently received since I've been here at S.S.I on 9-23 2014 in 3B43 I were injured and neglected med. help because of a serious breech of security by not having a emergency intercom in cell 43 at all I am sending you my INF receipt of this issue. Also I were finally seen by S.S.I doctor on 10-6-14 and on 10-7-14 Doc had me sent out for a urology appointment in Colonial Hieghts clinic we left S.S.I facility at 3:00 p.m. I were not never taken my appointment at all. t/o transportation took staff took me else where then brought me back to S.S.I prison without me eve

Second Pg.)

— ever Attending my Urology Appointment. Also I didnt Sign No Refusal Form. So I were flat out Denighed neglected of my Urology treatment examination. I am Urinating Blood And not actually urinating Blood Just leakout And S.S.I still got Me in the Bldg instead of at least Housing Me in Medical And What happend with S.S.I security not taken Me to my urology Appointment Is A Serious Breach of Security in My Book. Also on 10-8-14 staff C/O Named Bland Approached cell door 3B43 At 10:00 A.M. And told me I had to be escourted up to front Serch to be taken Out to go on transportation to my urology Appointment but C/O Bland Recieved A call on Radio saying to come back to me later to take me up front later But no staff ever came Back to take me to front serch Now that's two times I were Neglected, denighed of my Medical Urology Appointment Now, Long Story short I wrote to you back on 10-10-14 6:00 A.M. count time with Forms inside of envelope for you to have GRV. Cord. here S.S.I Process my INF Complaint forms, because GRV. cord. here be playing around on filling my INF's and GRV's And First and For most I want to be Transfered to Powhatan M/H unit so I can recieve better Medical treatment And Acute M/H Care. I would like for you to forward copies of this Letter to the HEALTH Services Director and to Mental Health Director DR. CAREY I want to be transfered away from S.S. I.P on Emergency A.S.A.P. to Powhatan or Lawrenceville M/H unit or Im going to cut my Penis off straight like that! please have wonderful Blessed Days!! Sincerely yours

Phillip CRAYTON
1146494

P.S. See Request for M/H transfer
Also INF Reciept of Breach of Security



# COMMONWEALTH of VIRGINIA

HAROLD W. CLARKE
DIRECTOR

*Department of Corrections*

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

February 3, 2015

Philip Crayton #1146494
Red Onion State Prison
Post Office Box 970
Pound, Virginia 24279

Dear Philip Crayton,

This letter is in response to your written inquiry where you have outlined your concerns regarding your housing assignment, staff and a sexual assault. You request that you be transferred to a facility most able to accommodate your mental health needs or released from custody. In your letter, you are challenging how staff handled your self-inflicted injury. You claim that you do not have an emergency intercom button to notify staff and upon injuring yourself, you passed out and were not assessed by medical staff. You note that staff refused to take you to your urology appointment. You further mention that you were sexually assaulted.

As you are aware, you are to utilize Operating Procedure 866.1, *Offender Grievance Procedure*, to address concerns such as this. It is noted that you have submitted Informal Complaint #SXI-14-INF-05978 regarding your housing assignment. If you were not satisfied with the response provided, you were given an opportunity to submit a grievance in accordance with the aforementioned procedure.

In regards to an emergency intercom, you have submitted Informal Complaint #SXI-14-INF-05489. If you were not satisfied with the response provided, you were given an opportunity to submit a grievance in accordance with the aforementioned procedure.

It is further noted that you submitted Informal Complaints #SXI-14-INF-05683, SXI-14-INF-06416 and SXI-14-INF-05661 and Regular Grievance #SXI-14-REG-00428 regarding missed medical appointments. You were not satisfied with your Level 1 response and therefore appealed to the Health Services Director. It should be noted that you have exhausted all applicable steps available to you concerning this issue. No further correspondence about this issue will be addressed.

Please note that your concerns regarding an alleged sexual assault have been shared with the appropriate staff for review.

I trust that this information addresses your concerns.

Sincerely,

Melissa Welch
Correspondence Unit Manager

cc: Earl Barksdale, Warden

MW/cf

Log # DOC_2015_00022519
DOC_2015_00023035
DOC_2015_00023604



VIRGINIA DEPARTMENT OF CORRECTIONS

866.1 A-3

DOC Location: SXI Sussex I State Prison

Report generated by Dillard-Wyatt, T A

Report run on 10/15/2014 at 9:25 AM

# Grievance Receipt

Grievance Number: SXI-14-INF-05511

Next Action Date: 10/30/2014 12:00 AM

| On this date: | 10/15/2014 | | I have received a statement from: |
|---|---|---|---|
| Crayton, Philip D | 1146494 | of | Sussex I State Prison<br>HU3-B-43-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| I have been violated upon a breech of security with serious injury on 09.23.14 on night shift I, P Crayton stuck my penis inside of the the empty intercom hole socket trying to make intercom button work. A long screw got stuck inside of penis bleed and swell my urine is blood I passed out unconscious security nor medical staff rescue me. There was no emergency intercom button in 3B 43 for me to use because intercom is completely empty hole. | | | |
| | | | |
| *(Signature)* | | | *(Title)* |



# COMMONWEALTH of VIRGINIA

*Department of Corrections*

HAROLD W. CLARKE
DIRECTOR

P. O. BOX 26963
RICHMOND, VIRGINIA 23261
(804) 674-3000

March 13, 2015

Congressman Robert C. "Bobby" Scott
2600 Washington Avenue, Suite 1010
Newport News, VA 23607

RE: **Philip Crayton #1146494**

Dear Congressman Scott,

The Correspondence Unit within the Virginia Department of Corrections received a letter from your office regarding the above named offender. In the offender's written inquiry, he has outlined his concerns regarding housing assignment, assault on another offender and staff. He states that he is a non-violent mental health offender. He requests to be transferred to a lower level facility or released from DOC custody. He states that he was transferred to his current assignment with an offender who he claims he witnessed being assaulted by security staff. He indicates that staff served his food that contained remnants of bodily fluids. He requests to have matters looked into.

Please note that a response has been provided directly to the offender regarding his concerns.

Sincerely,

Melissa Welch
Correspondence Unit Manager

cc: Earl Barksdale, Warden

MW/cf

Log# DOC_2015_00026439



DOC-2015-00022519
1146494

**DEPARTMENT OF CORRECTIONS**
**SUSSEX I STATE PRISON**
**Request Form**

**Date:** 11-3-14

**Inmate Name:** CLAYTON D. Philip (Philip) **Number:** 1146494 **Housing Unit:** JB 43

**To:** DIRECTOR MR. HAROLD CLARKE)

- ☐ Building Lieutenant, Housing Unit
- ☐ Personal Property
- ☐ Medical Administrator
- ☐ Hearings Officer
- ☐ Chaplain
- ☐ Mailroom
- ☐ Business Office/Inmate Accounts
- ☐ Operations Officer
- ☐ Counselor
- ☐ Food Service
- ☐ Inmate Records
- ☐ Laundry
- ☐ Building Captain
- ☐ Commissary
- ☐ Law Library
- ☐ Major
- ☐ Treatment Program Supervisor
- ☐ Assistant Warden
- ☐ Ombudsman
- ☐ Visitation

**Request: Explain the nature of your request in this section only- No Attachments** Hi good morning sir! I would like to be transfered upon emergency to a very low security center for the NON-Violent offender status release! Also I am a mental health patient I want to be removed out of seg. And away from super and maximum security prisons. The is a NON-Violent offender program. please I can be sent to this month. please have wonderful blessed days!!

Phillip Clayton
**Inmate's Signature** 11-3-14 **Date**

*************************************************************

**Date Received:** ______________________

**Staff's Response:**

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

_______________________________________________

**Staff's Signature** **Department** **Date**

**WHITE: INMATE'S COPY WITH RESPONSE** **YELLOW: RESPONDING DEPARTMENT**

1/14/2003

HU 3/4

3-8-33

Virginia Department of Corrections
Offender Request Form

Sussex 1 State Prison
LOP 23
05/01/08
Attachment #1

**DEPARTMENT OF CORRECTIONS**
**SUSSEX I STATE PRISON**
**Offender Request Form**

**Date:** 10-20-14

**Inmate Name:** Crayton Philip **Number:** 1146494 **Housing Unit:** D-B-43

**To:** Mr Harold Clarke

☐ Building Lieutenant, Housing Unit
☐ Personal Property
☐ Medical Administrator
☐ Hearings Officer
☐ Chaplain
☐ Mailroom
☐ Business Office/Inmate Accounts
☐ Operations Officer
☐ Counselor
☐ Food Service
☐ Inmate Records
☐ Laundry
☐ Building Captain
☐ Commissary
☐ Law Library
☐ Major
☐ Treatment Program Supervisor
☐ Assistant Warden
☐ Ombudsman
☐ Visitation

I sent INF Complaints to you recently to be processed because GRV. Cord Refusing to Accept my INFS.

**Request: Explain the nature of your request in this section only- No Attachments**

Hello Good Morning!! Sir! First off I ain't up for no games so please don't play around. Now I sent a letter to your office addressed to you but the other dormen unit intercepted my letter to you so now I'm sending this back to you with more written INFO filling you in on the unjustice neglect that I am suffering from like punishment here at S.I.S.P. dealing with Breech of security and Medical neglect care. And I want a response back from you at this time and my attached INF and GRV. S.I.S.P. is refusing to process for me.

Phillip Crayton 10-20-14

**Inmate's Signature** **Date**

************************************************************

**Date Received:** ____________________

**Staff's Response:**

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Signature** **Department** **Date**

**WHITE: INMATE'S COPY WITH RESPONSE** **YELLOW: RESPONDING DEPARTMENT**

# Offender Request

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Clayton | Philip | | 1146494 | 303 D |
| WORK ASSIGNMENT | ASSIGNED COUNSELOR | | TODAY'S DATE | |
| | | | 6-12-2015 | |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☐ Medical ☑ Mental Health ☐ Assistant Warden ☐ Personal Property ☐ Education ☐ Warden ☐ Law Library ☐ Enterprise Shop ☐ Other ☐ Security ☐ Accounting

CHECK PURPOSE ☐ Appointment Request ☐ Question/Statement

Hi Good Morning I would like for M/H DR. McDuffy put me in for a M/H refferal transfer at this time Philip Clayton 6-12-15 transfer to Marion Corr. Treatment center for Acute care I want to receive

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ______ Date: ______

Please write to Mental Health about this, and try to write more legibly.

Offender seen ☑ Yes ☐ No

[signature] Official Responding

6/15/15 Date of Response

Revision Date: 7/16/12



"MENTAL Health"
To:

D-3

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_7-12

# Offender Request

**DIRECTIONS**

1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| CLAYTON | Phillip | D | 1146494 | C-402 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | | 8-15-15 |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☐ Medical ☐ Mental Health ☐ Assistant Warden ☐ Personal Property ☐ Education ☐ Warden ☐ Law Library ☐ Enterprise Shop ☒ Other CLERK U.S. DISTRICT COURT ☐ Security ☐ Accounting

CHECK PURPOSE ☐ Appointment Request ☐ Question/Statement

DEAR CLERK! GOOD MORNING! HI, Please feel me on this I Am Pleading And fighting for My Life here At R.O.S.P fighting against the severety of my Mental Health condition: I have Shadow's that Are very real. The Shadows Attack Me And can touch My Mind, Body and Soul At Anytime And take over My Body to kill Me mojority of the time the Shadow's possess me to Kill Me take my Soul by cutting in my Body, Starving Me Putting Blood in my meals. Also Mutilating my PENIS "Shoving RAZOR's inside". and Depriving Me from not taken My M/H Medication's The Shadow's say they Do not want to be here in cell 24/7 mostly no view outside of Back window in Cell Depriving of Vitamin-E. R.O.S.P have all Back window's covered. on 7-5-15 2:00 AM. Shadow's Attacked Shoved Metal Shank down my Throat I cough up Blood Medical failed to send me out then on Hunger strike 9-days But Medical Nurse Draw My Hunger Strike Blood on 7-8 or-9-15 At 2:00 A.M. But Nurse woods failed to turn in my Blood to see where my living status was at. on 7-15-15 11:30 p.m. I were cut up very Badly Blood Pouring out of Door on window to wall. Sent to Merryview Hospital I were Stiched up But mercyview DR told R.O.S.P transportation And Security to transport Me to M.C.V Hospital that same Night Because

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ______________ Date: ______________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Offender seen ☐ Yes ☐ No

______________________________ ______________________________

Official Responding — Date of Response



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Offender Request** 801_F3_7-12

# Offender Request

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box
4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| CRAYTON | Philip | | 1146494 | C-402 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| | Dunkin Dennis | 8-15-15 |

TO: ☐ Unit Manager ☐ Treatment ☐ Chaplain ☐ Medical ☐ Mental Health ☐ Assistant Warden ☐ Personal Property ☐ Education ☐ Warden ☐ Law Library ☐ Enterprise Shop ☑ Other CLERK/U.S. DISTRICT COURT/ ☐ Security ☐ Accounting

CHECK PURPOSE ☐ Appointment Request ☐ Question/Statement

Attachment #2 told C.O.U.P transportation And Security Sup-sgt to transport me to MCV-Hospital in Richmond VA. Because, Mercy view cannot work on me that Night And Do not even have A Urologist At All. That night the Shadows Shoved RAZOR and Nail in my PENIS I need urology help DR. At MCV. But C.O.U.P transportation said No, No, No transportation refused to transport me to "MCV" that Night - Said that they were Not driven me that far. Next Day DR. mercy view wanted to put me to sleep But Shadows wouldn't let him told me that they would kill me in my Sleep. on 7-30-15-8-Today I have Blood in my Bowel movement Blood leaking out of my PENIS Blood in my throat. All C-Bldg. Staff have seen this. 7-27-15 Wise county Cir. Court Judge Johnston Lawyer of M/H failed to Send Me to A Mental Institution After knowing my M/H cond. I Am Begging U.S. DISTRICT COURT to intervene Please send me on Emergency to receive the Help I need to A Mental Institution Central State VA Federal/State Rule 35 I fear for my Life At C.O.U.P my M/H Stability in Danger. Philip Crayton

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: ____________ Date: ____________

Offender seen ☐ Yes ☐ No

Official Responding

Date of Response

*Revision Date: 7/16/12*

# Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

CRAYTON Philip | 1146494 | 3B

Offender Name | Offender Number | Housing Assignment

RECEIVED OCT 14 2014

☐ Unit Manager/Supervisor ☐ Food Service ☐ Treatment Program Supervisor
☐ Personal Property ☐ Commissary ☐ Mailroom
☐ Medical Administrator ☐ Other (Please Specify): ASST. WARDEN

Briefly explain the nature of your complaint (be specific): on September, 23, 2014 on Night Shift I Injured my PENIS And Strotom by Raming my PENIS into A Socket hole in the WAll And A long Screw got Jammed inside of MY PEN & my PENIS WAS Bleeding I Did Not have A Intercom Emergency Botton in cell 3B43 to use to Notify Security And Medical Staff for my Serious Emergency Befor I Injured And After Injured I Passed Out from the Blood And Security nor Medical Assessed Me this is Serious Breech of Security.

Offender Signature: [signature] Date: 10-3-2014

**Offenders - Do Not Write Below This Line** SX1-14-INF

**Date Received:** 10-14-14 **Tracking #** 5489

**Response Due:** 10-29-14 **Assigned to:** Medical

Action Taken/Response:

Mr. Crayton
Medical has notified Security about your intercom button not being operational. This writer wants to notify you that you have been rescheduled for the removal of the foreign body.

M. Woodruff RN | M Woodruff RN | 10/15/14

Respondent Signature | Printed Name and Title | Date

**WITHDRAWAL OF INFORMAL COMPLAINT:**

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

RECEIVED OCT 21 2014 Sussex I State Prison Grievance Office

Offender Signature: ______ Date: ______

Staff Witness Signature: ______ Date: ______



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

# REGULAR GRIEVANCE

**Log Number:** ______________

| CRAYTON Philip | 1146494 | 3B | 43 |
|---|---|---|---|
| **Last Name** / **First** | **Number** | **Building** | **Cell/Bed Number** |

**WHAT IS YOUR COMPLAINT? (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.)** On Sept. 23, 2014 on night shift I injured my penis and scrotum by ramming my penis into a socket hole in the wall where a intercom emergency button supposed to be but a long screw got jammed inside of my penis. My penis was bleeding I did not have a intercom emergency button in cell 3B 43 at all to use to notify security and medical staff for my serious emergency befor injuring and after injury I passed out from the blood and security nor medical assisted me this a serious breech of security. Please see INF response # 5489

**What action do you want taken?** to be relocated moved to Powhatan medical M/H unit A.S.A.P transfered to Powhatan M-U

**Grievant's Signature:** [signature] **Date:** 10-20-2014

**Warden/Superintendent's Office:** ______________

**Date Received:** ______________

RECEIVED
OCT 21 2014
Sussex I State Prison
Grievance Office

 *Revision Date: 1/14/13*



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_1-13

**INSTRUCTIONS FOR FILING**: You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1. ☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*. ☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to resolve your complaint |
| ☒ | Request for services Send a Request to medical |
| ☐ | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: [signature] Date: 10/21/2014

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| Regional Review of Intake (within 5 working days of receipt) | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: ______________________ Date: __________

**WITHDRAWAL OF GRIEVANCE**: I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: ______________________ Date: __________

Staff Witness: ______________________ Date: __________