CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 08 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PHILIP DARIUS CRAYTON, | ) | Civil Action No. 7:15-cv-00547 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Hon. Michael F. Urbanski |
| MCV, et al., | ) | United States District Judge |
| Defendants. | ) | |

Philip Darius Crayton, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By Order entered on November 17, 2015, the court directed plaintiff to submit an amended complaint within ten days and advised that a failure to comply would result in dismissal without prejudice.

More than ten days have elapsed, and plaintiff has failed to comply. Accordingly, the court dismisses the complaint without prejudice and denies all pending motions as moot.

ENTER: This 8th day of December, 2015.

/s/ Michael F. Urbanski
United States District Judge