CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

DEC 0 8 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| PHILIP DARIUS CRAYTON, | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:15-cv-00547 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MCV, et al., | ) | By:  Hon. Michael F. Urbanski |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

## ORDERED

that the complaint is **DISMISSED without prejudice** due to plaintiff's failure to comply; all

pending motions are **DENIED** as moot; and that the action is **STRICKEN** from the active

docket of the court.

The Clerk shall send a copy of this Order and the accompanying Memorandum Opinion

to plaintiff.

ENTER:  This _____ day of December, 2015.

*/s/ Michael F. Urbanski*
_____
United States District Judge